B6F (Official Form 6F) (12/07)

In re __Kevin Clifton_____,    Case No. __2:15-bk-50607_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Medical | | | | |
| **Adena** **110 Vaughn Ln** **Chillicothe, OH 45601** | - | | | | | | | | **100.00** |
| Account No. | | | | | Medical | | | | |
| **Berger Health System** **1180 N. Court St.** **Circleville, OH 43113** | - | | | | | | | | **4,414.00** |
| Account No. | | | | | Medical | | | | |
| **Berger Health System** **1180 N. Court St.** **Circleville, OH 43113** | - | | | | | | | | **85.00** |
| Account No. | | | | | Medical | | | | |
| **Berger Health System** **1180 N. Court St.** **Circleville, OH 43113** | - | | | | | | | | **9,758.03** |

___7___   continuation sheets attached

Subtotal
(Total of this page)    **14,357.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kevin Clifton**
_____,    Case No.    **2:15-bk-50607**    _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical | | | | |
| Berger Hospital POB 71-4822 Columbus, OH 43271 | | - | | | | | 85.28 |
| Account No. | | | Medical | | | | |
| Buse Health Systems 600 N. Pickaway St Circleville, OH 43113 | | - | | | | | **Unknown** |
| Account No. | | | Medical | | | | |
| Capital Accounts POB 14065 Nashville, TN 37214 | | - | | | | | 448.00 |
| Account No. | | | Collection | | | | |
| Capital Accounts 2120 Crestmoor Rd Suite 3001 Nashville, TN 37215 | | - | | | | | 447.78 |
| Account No. | | | Collection | | | | |
| Capital Accounts 2120 Crestmoor Rd Suite 3001 Nashville, TN 37215 | | - | | | | | 364.33 |

Sheet no. __1___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,345.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kevin Clifton**                                                          , Case No.   **2:15-bk-50607**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Collections | | | | |
| CCS Credit Collection<br>PO Box 9134<br>Needham Heights, MA 02494 | | - | | | | | | 5,894.00 |
| Account No. | | | | 2008<br>Judgment | | | | |
| Central Ohio Credit Corp<br>2040 Brice Road<br>Reynoldsburg, OH 43068 | | - | | | | | | 4,492.00 |
| Account No. | | | | Collection | | | | |
| Choice Recovery<br>POB 20790<br>Columbus, OH 43220 | | - | | | | | | 3,999.00 |
| Account No. | | | | Medical | | | | |
| Circleville Emergency Physicians<br>P.O. Box 291805<br>Dayton, OH 45429 | | - | | | | | | Unknown |
| Account No. | | | | Medical | | | | |
| Circleville Emergency Physicians<br>P.O. Box 15636<br>Wilmington, DE 19850 | | - | | | | | | 375.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,760.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Clifton**                                                    Case No.    **2:15-bk-50607**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Credit Adjustments** <br> **330 Florence Street** <br> **Defiance, OH 43512-2512** | - | | Collection <br> 2013CI0309 | | | | 18,638.00 |
| Account No. <br><br> **Credit Adjustments Inc.** <br> **330 Florence St.** <br> **Plaza Center Mall** <br> **Defiance, OH 43512** | - | | Collection | | | | 958.34 |
| Account No. <br><br> **Federal Bond & Collection** <br> **2200 Byberry Rd. Ste. 120** <br> **Hatboro, PA 19040** | - | | Colelction | | | | 971.00 |
| Account No. <br><br> **Hans P Guter DDS** <br> **598 Northridge Rd.** <br> **Circleville, OH 43113** | - | | Medical | | | | 434.70 |
| Account No. <br><br> **Jeffrey Jordan** <br> **PO Box 30863** <br> **Columbus, OH 43230** | - | | Medical Collection for Premier Womens Health | | | | 3,475.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     24,477.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Clifton**                                                                 ,        Case No.   __**2:15-bk-50607**__
                                              **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collection | | | | |
| **Key Bridge** **2348 Baton Rouge** **Lima, OH 45805** | - | | | | | | 630.00 |
| Account No. | | | Collection | | | | |
| **Meade & Associates** **737 Enterprise Dr.** **Westerville, OH 43081** | - | | | | | | 78.00 |
| Account No. | | | Medical | | | | |
| **Midwest Allergy** **8080 Ravins Edge Court** **Columbus, OH 43235** | - | | | | | | 60.00 |
| Account No. | | | Medical | | | | |
| **Midwest Allergy Associates** **8080 Ravines Edge Ct.** **Columbus, OH 43235** | - | | | | | | 60.00 |
| Account No. | | | Cash Advance | | | | |
| **Moneynow/23.com** **21218 St. Andrews Blvd. #637** **Boca Raton, FL 33433** | - | | | | | | 300.00 |

Sheet no. __**4**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,128.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin Clifton**                                                    ,    Case No.    **2:15-bk-50607**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Collection | | | | |
| **NCO Financial** **P.O. Box 41457** **Philadelphia, PA 19101-1457** | - | | | | | | | | **181.00** |
| Account No. | | | | | Collection | | | | |
| **NCO Financial** **P.O. Box 41457** **Philadelphia, PA 19101-1457** | - | | | | | | | | **506.00** |
| Account No. | | | | | Collections | | | | |
| **NCO Financial Systems** **P.O. Box 780048** **Wichita, KS 67278** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Notice of Bankruptcy Filing BMV Case No. 011576592 | | | | |
| **Ohio BMV** **1583 Alum Creek Dr.** **Columbus, OH 43209** | - | | | | | | | | **0.00** |
| Account No. | | | | | Medical | | | | |
| **PHS** **POB 714873** **Columbus, OH 43271** | - | | | | | | | | **115.73** |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**802.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin Clifton**                                                      ,      Case No.   __2:15-bk-50607__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice of Filing 2013CI0309 | | | | |
| **Pickaway County Common Pleas** 207 S. Court St. Circleville, OH 43113 | - | | | | | | | 0.00 |
| Account No. | | | | Overdraft | | | | |
| **PNC** P.O. Box 15397 Wilmington, DE 19886-5397 | - | | | | | | | 71.48 |
| Account No. | | | | Medical | | | | |
| **Premier Womens Health** 610 Blackwater Rd. Chillicothe, OH 45601 | - | | | | | | | 10.00 |
| Account No. | | | | Collections | | | | |
| **Progressive Management Systems** 1521 W. Cameron Ave. P.O. Box 2220 West Covina, CA 91793-9917 | - | | | | | | | 100.00 |
| Account No. | | | | Medical | | | | |
| **Riverside Radiology & Interventional** Po Box 182268 Columbus, OH 43218 | - | | | | | | | 60.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           241.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin Clifton**                                                    , Case No. ___**2:15-bk-50607**___
                                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Auto Deficiency | | | | |
| Tebo Financial<br>4801 Dressler Road NW, #194<br>Canton, OH 44718 | | - | | | | | 5,502.30 |
| Account No. | | | Collections | | | | |
| Time Warner Cable<br>1015 Olentangy River Road<br>Columbus, OH 43212 | | - | | | | | 484.37 |
| Account No. | | | 2011<br>Judgment | | | | |
| Tommy Clifton<br>8800 16th Road<br>Amanda, OH 43102 | | - | | | | | 5,275.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,261.67**

Total
(Report on Summary of Schedules)          **68,373.34**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kevin Clifton** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number<br>(If known) | 2:15-bk-50607 |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

‾MM‾/‾DD‾/‾YYYY‾

## Official Form B 6I

## Schedule I: Your Income                                             12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Code Room Operator | |
| | Employer's name | Aleris | |
| | Employer's address | 25825 Science Park Dr.<br>Beachwood, OH 44122 | |
| | How long employed there? | 1.5 years | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,262.65 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ 3,262.65 | $ N/A |

Debtor 1   **Kevin Clifton**

Case number (*if known*)   **2:15-bk-50607**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|

Copy line 4 here ............................................................. 4. $ **3,262.65**   $ **N/A**

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **506.65** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **199.03** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **47.32** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + $ | **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ **753.00**   **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ **2,509.65**   **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ **0.00**   $ **N/A**

8b. **Interest and dividends**   8b. $ **0.00**   $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ **0.00**   $ **N/A**

8d. **Unemployment compensation**   8d. $ **0.00**   $ **N/A**

8e. **Social Security**   8e. $ **0.00**   $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f. $ **0.00**   $ **N/A**

8g. **Pension or retirement income**   8g. $ **0.00**   $ **N/A**

8h. **Other monthly income.** Specify: _____   8h.+ $ **0.00** + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ **0.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **2,509.65** + $ **N/A** = $ **2,509.65**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ **2,509.65**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Debtor only receives overtime during the summer months.**