# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:                }
                                            }    Case No.: 15-50607

Kevin Clifton                        }
                                            }
                                            }    Chapter 13

**Debtor(s)**                        }

## Notice of Change of Address

**My Former Mailing Address was**:

Name:       Kevin Clifton

Street:        145 Dunmore Rd

City, State, Zip:   Circleville, OH 43113

**Please be advised that effective August 2, 2017
my new mailing address is:**

Name:       Kevin Clifton

Street:        5542 Drinkle Rd

City, State, Zip:   Amanda, OH 43102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on August 2, 2017 to the following:

**Trustee:**
Frank Pees
130 E. Wilson Bridge Rd., Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Kevin Clifton
5542 Drinkle Rd.
Amanda, OH 43102

                                        Respectfully Submitted,
                                        /s/ Erin E. Schrader
                                        Erin E. Schrader (0078078)
                                        Rauser & Associates
                                        5 East Long St., Suite 300
                                        Columbus, OH 43215
                                        (614) 228-4480